**CAROL A. SOBEL  SBN84483**
**MONIQUE A. LARCON  SBN311650**
**AVNEET CHATTHA  SBN316545**
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, California 90401
t. 310-393-3055
e.carolsobellaw@gmail.com
e.monique.alarcon8@gmail.com
e.avneet.chattha7@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| **STEWART ALEXANDER,** | Case No: 8:18-cv-00704 AG (FFMx) |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| **CITY OF LOS ANGELES**, et al, | |
| Defendants. | |

Purusant to Federal Rule of Civil Procedure 41(a), Plaintiff Stewart Alexander dismisses this action with prejudice.  The Defendant City of Los Angeles paid the outstanding towing and storage costs and Mr. Alexander's recovered stolen vehicle was released to him.

Dated: June 7, 2018          Respectfully submitted,

                    /s/   Carol A. Sobel
                    CAROL A. SOBEL